

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Edward Contreras Torres  v.  The State of Texas

Appellate case number:   01-13-00211-CR

Trial court case number:  12-DCR-059397

Trial court:                     400th District Court of Fort Bend County

Date motion filed:           Motion for Rehearing

Party filing motion:        Appellant Edward Contreras Torres

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
                        ☒ Acting individually    ☐ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Brown

Date:  September 2, 2014